**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  JAIMEE L. LARKIN                                          Case Number: 07-70268
        1730 REMINGTON RD. #1
        ROCKFORD, IL  61108          SSN-xxx-xx-9833

                                                   Case filed on:      2/9/2007
                                                   Plan Confirmed on:  5/18/2007
                          C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan:  $600.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 445.84 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 445.84 | 0.00 |
| 999 | JAIMEE L. LARKIN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | WFS FINANCIAL | 0.00 | 117.63 | 117.63 | 0.00 |
|  | Total Secured | 0.00 | 117.63 | 117.63 | 0.00 |
| 001 | WFS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ASPIRE VISA | 433.58 | 433.58 | 0.00 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 1,140.83 | 1,140.83 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 322.19 | 322.19 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 2,889.70 | 2,889.70 | 0.00 | 0.00 |
| 006 | CHARMING SHOPPES | 311.69 | 311.69 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 966.94 | 966.94 | 0.00 | 0.00 |
| 008 | WORLD FINANCIAL NETWORK NATIONAL BANK | 128.39 | 128.39 | 0.00 | 0.00 |
| 009 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECMC | 6,937.13 | 6,937.13 | 0.00 | 0.00 |
| 011 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 468.06 | 468.06 | 0.00 | 0.00 |
| 012 | LVNV FUNDING LLC | 2,181.82 | 2,181.82 | 0.00 | 0.00 |
| 013 | SALLIE MAE EDUCATION FINANCE CORPORATION | 2,786.66 | 2,786.66 | 0.00 | 0.00 |
|  | Total Unsecured | 18,566.99 | 18,566.99 | 0.00 | 0.00 |
|  | Grand Total: | 21,566.99 | 21,684.62 | 563.47 | 0.00 |

Total Paid Claimant:    $563.47
Trustee Allowance:      $36.53        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00         discharging the trustee and the trustee's surety from any and all
                                      liablility on account of the within proceedings, and closing the estate,
                                      and for such other relief as is just.  Pursuant to FRBP, I hereby
                                      certify that the subject case has been fully administered.

    Report Dated:

                                            /s/ Lydia S. Meyer
                                           Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007          By  /s/Heather M. Fagan